IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COURT OF COMMON PLEAS** | : | |
| **OF BUCKS COUNTY** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 23-372 |
| | : | |
| **CURTIS GREGORY SMITH, JR.** | : | |
| | : | |

## ORDER

This 31st day of August, 2023, Defendant having filed a notice of removal for which there is no lawful basis as set forth in the accompanying Memorandum, it is hereby **ORDERED** that this action is **REMANDED** to the Court of Common Pleas of Bucks County.

/s/ Gerald Austin McHugh
United States District Judge